

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00129-CV

| | | |
|---|---|---|
| ANGIE TAPIA F/K/A ANGIE FLOCKHART, Appellant | § | On Appeal from the 431st District Court |
| | § | of Denton County (18-3022-431) |
| V. | § | February 3, 2022 |
| COLLINS ASSET GROUP, LLC, AS SUCCESSOR IN INTEREST TO PRIMELENDING, A PLAINSCAPITAL COMPANY, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr